

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00121-CV

The City of Houston, Sylvester Turner, Mayor, and
Carol Haddock, Director of Public Works
v.
Myriad Apartment Associates d/b/a Myriad Apartments

On Appeal from the
80th District Court of Harris County, Texas
Trial Court Cause No. 2019-35408

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 27, 2022